C. STANLEY HUNTERTON
Nevada Bar No. 1891
HUNTERTON & ASSOCIATES
627 So. 7th St.
Las Vegas, Nevada 89101
(702-388-0098)
Counsel for Defendant Jabari L. Marshall



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO. 2:10-00236-GMN-PAL<br>) |
| JABARI L. MARSHALL, | )<br>) |
| Defendant. | )<br>) |

ORDER

Upon the oral application of C. STANLEY HUNTERTON on behalf of Defendant JABARI MARSHALL,

IT IS HEREBY ORDERED that R. DAVID GROOVER is authorized to serve any and all subpoenas issued on behalf of Defendant Marshall.

DATED this _18_ day of September, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

1