THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JABARI L. MARSHALL,<br><br>　　　　　　　Defendant. | 2:10-cr-00236-GMN-PAL<br><br>MINUTES OF THE COURT<br><br>DATED: September 24, 2013 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERKS: Michael Zadina        COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Brian Pugh and Sarah Griswold

COUNSEL FOR DEFENDANT: C. Hunterton

MINUTES OF PROCEEDINGS: Jury Trial (Day 7)

8:51 a.m.  The Court convenes in the presence of the jury.  All parties are present.

**DAWN BUXTON**, is called to the stand, sworn, and testified on direct examination by Mr. Pugh, cross examination by Mr. Hunterton, re-direct examination by Mr. Pugh, then excused.
*Exhibits 41A-C, 41E-F, 41H-L, 41N-O, 42A-D marked and admitted.  Court Exhibits 42-44 marked.*

**GAY STEWART**, is called to the stand, sworn, and testified on direct examination by Mr. Pugh, then excused.
*Court Exhibits 45 & 46 marked.*

10:32 a.m.  The Court stands at recess.

12:17 p.m.  The Court reconvenes in the presence of the jury.

**PAM INGALLS,** is called to the stand, sworn, and testified on direct examination by Mr. Pugh, then excused.

**VICKI LENARD,** is called to the stand, sworn, and testified on direct examination by Mr. Pugh.
*Exhibit 129 marked, but not admitted.  Exhibit 96A, 99 marked and admitted.*

2:34 p.m.  The Court stands at recess.

3:06 p.m.  The Court reconvenes in the presence of the jury.

**VICKI LENARD**, having previously been sworn, further testifies on direct examination by Mr. Pugh, cross examination by Mr. Hunterton, then excused.
*Exhibits 130, 131 marked and admitted.  Court Exhibits 47-53 marked.*

**CHAD BOARDMAN**, is called to the stand, sworn, and testified on direct examination by Ms. Griswold, then excused.

Jurors admonished, excused and asked to return on **Wednesday, September 25, 2013, at 1:00 p.m.**

4:34 p.m.  The Court reconvenes outside the presence of the jury.

The Court canvasses the Defendant on his right not to testify.

The Court hears representations of counsel regarding Government's Motion in Limine (ECF No. 303) The Court rules the motion is granted/withdrawn.

The Court and counsel settle jury instructions as stated on the record.

**IT IS HEREBY ORDERED** the criminal jury trial in this matter is continued to **Wednesday, September 25, 2013, at 9:30 a.m.**

5:43 p.m.  Court adjourns.

      LANCE S. WILSON, CLERK
      U.S. DISTRICT COURT

      BY:_____/S/_____
      Michael Zadina, Deputy Clerk