THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JABARI L. MARSHALL,<br><br>                    Defendant. | 2:10-cr-00236-GMN-PAL<br><br>MINUTES OF THE COURT<br><br>DATED: September 26, 2013 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERKS: Michael Zadina         COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Brian Pugh and Sarah Griswold

COUNSEL FOR DEFENDANT: C. Hunterton

MINUTES OF PROCEEDINGS: Jury Trial (Day 9)

9:16 a.m.  The Court convenes outside the presence of the jury.

The Court and counsel confer on a note received from the jury and the response to be given to the jury.

9:22 a.m.  The Court stands at recess.

9:58 a.m.  The Court reconvenes in the presence of the jury.  All parties are present.

The verdict is read in open court.  The Jury finds the Defendant guilty of Count 1 of the Superseding Indictment.

The Jury is polled and the Court finds the verdict unanimous.

The Court thanks and excuses the jurors from further jury service.

**IT IS HEREBY ORDERED** that Sentencing is set for **Thursday, January 9, 2014, at 10:00 a.m.**

10:08 a.m.  The Court stands at recess.

                                                LANCE S. WILSON, CLERK
                                                U.S. DISTRICT COURT

                                                BY:_____/S/_____
                                                Michael Zadina, Deputy Clerk