# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:10-CR-236-GMN-(PAL) |
| JABARI L. MARSHALL, | ) ) ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

On September 26, 2013, defendant JABARI L. MARSHALL was found guilty by a jury of Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. Second Superseding Indictment, ECF No. 114; Jury Verdict, ECF No. 358.

This Court finds that JABARI L. MARSHALL shall pay a criminal forfeiture money judgment of $6,133,850.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from JABARI L. MARSHALL a criminal forfeiture money judgment in the amount of
3  $6,133,850.00 in United States Currency.

4   **DATED** this 10th day of October, 2013.

5   **NUNC PRO TUNC DATE:** September 26, 2013.

_____
Gloria M. Navarro
United States District Judge

2