```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        APR 1 0 2014

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-236-GMN-(PAL) |
| JABARI L. MARSHALL, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on October 10, 2013, that JABARI L. MARSHALL shall pay the criminal forfeiture money judgment of $6,133,850.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 114; Jury Trial Minutes, ECF No. 354; Jury Verdict, ECF No. 358; Order of Forfeiture, ECF No. 365.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JABARI L. MARSHALL the criminal forfeiture money judgment in the amount of $6,133,850.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title

. . .
. . .
. . .
. . .

1  18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title
2  18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).
3  DATED this 10th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE