# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-236-GMN-PAL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | (ECF No. 461) |
| JABARI L. MARSHALL, | ) | |
| Defendant. | ) | |

Defendant, representing himself in proper person, moves for acquittal (ECF No. 461) raising once again the same arguments previously rejected by this Court.  For the reasons set forth in the Court's prior Order (ECF No. 460), a judgment of acquittal is not warranted.

Accordingly, Defendant's Motion for Acquittal (ECF No. 461) is **DENIED**.

**DATED** this 4th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court