RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Jabari L. Marshall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br>JABARI L. MARSHALL,<br>　　　　　Defendant. | Case No. 2:10-cr-00236-GMN-PAL<br><br>**MOTION TO WITHDRAW AS APPOINTED COUNSEL** |

　　　　The Federal Public Defender moves this Court to permit the Federal Public Defender's Office to withdraw as counsel for Jabari L. Marshall. On April 13, 2020, Mr. Marshall filed a Pro Se Emergency Motion for a Sentence Reduction under Amendment 782 of 18 U.S.C. § 3582(c). ECF No. 526. Pursuant to General Order 2020-06, the Federal Public Defender's office was appointed to represent Mr. Marshall.

　　　　On April 21, 2020, Mr. Marshall confirmed with undersigned counsel that he has a separate pending case, 19-cr-113-JCM-BNW, where attorney Kathleen Bliss has been appointed by the Court. Counsel also confirmed that Ms. Bliss wants to represent Mr. Marshall in his request for a sentencing reduction. Mr. Marshall is subject to an order of detention in case number 19-cr-113, so the litigation in both cases will need to be closely coordinated.

To allow continuity of counsel, undersigned counsel respectfully requests that this Court permit the Federal Public Defender's Office to withdraw as counsel of record and to appoint Kathleen Bliss as counsel of record for this matter.

DATED this 21st day of April 2020.

RENE L. VALLADARES<br>
Federal Public Defender<br><br>
By: <i>/s/ Monique Kirtley</i><br>
MONIQUE KIRTLEY<br>
Assistant Federal Public Defender<br>
Attorney for Jabari L. Marshall

**IT IS SO ORDERED.**

Dated this __22__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on April 21, 2020, he served an electronic copy of the above and foregoing **MOTION TO WITHDRAW AS APPOINTED COUNSEL** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
ADAM M. FLAKE
SARAH E. GRISWOLD
MICHAEL A. HUMPHREYS
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender