KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Jabari L. Marshall*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>JABARI L. MARSHALL,<br><br>Defendant. | CASE NO.:   2:10-CR-00236-GMN-PAL<br><br>**UNOPPOSED MOTION TO FILE A SUPPLEMENT AND PROPOSED ORDER** |

Defendant Jabari Marshall (Marshall), by and through his counsel, Kathleen Bliss, Esq., respectfully requests a 14-day extension to May 6, 2020 to file a supplement.  This request is made based upon the following reasons:

1. Defendant filed pro se an emergency motion for a Sentence Reduction on April 13, 2020 (ECF No. 526).

2. Assistant Federal Defender Monique Kirtley filed a notice of appearance on April 21, 2020 (ECF No. 527).

3.  The Federal Defender filed a motion to withdraw on April 21, 2020 (ECF No. 528), which this Court granted on April 22, 2020 (ECF No. 529).

4. This Court appointed undersigned counsel to represent Mr. Marshall on April 22, 2020 (ECF No. 529). It is counsel's understanding that a supplement may be due on this date.

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

5. Counsel requests a 14-day extension to review medical records, gather additional medical and family information, and medical testing results.

6. Defendant is incarcerated and does not object to this motion.

7. Counsel for the government does not oppose this motion.

Dated this 24th day of April 2020.

KATHLEEN BLISS LAW PLLC

/s/ Kathleen Bliss
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

**Certificate of Service**

I certify that I am an employee of KATHLEEN BLISS LAW PLLC, and that on this 24th day of

April 2020, I did cause a true copy of:

**UNOPPOSED MOTION TO FILE A SUPPLEMENT**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on

the Electronic Filling system in this action.

By: /s/Priscilla Horvath
An employee of
KATHLEEN BLISS LAW PLLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  2:10-CR-00236-GMN-PAL |
| Plaintiff; | |
| vs. | **ORDER** |
| JABARI L. MARSHALL, | |
| Defendant. | |

For good cause appearing, Defendant Jabari Marshall's Motion for Extension of Time, (ECF No. 530), is **GRANTED**.  Counsel for Defendant shall have 14 additional days to review medical records and gather additional medical and family information before filing a supplement to the pending Motion for Sentence Reduction, (ECF No. 526).

Dated this 24 day of April 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074