KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorneys for Jabari L. Marshall*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>JABARI L. MARSHALL,<br><br>Defendant. | CASE NO.:  2:10-CR-00236-GMN-PAL<br><br>**UNOPPOSED MOTION TO FILE A SUPPLEMENT AND PROPOSED ORDER**<br>**(Second Request)** |

Defendant Jabari Marshall (Marshall), by and through his counsel, Kathleen Bliss, Esq., respectfully requests a 14-day extension to May 22, 2020 to file a supplement.  This request is made based upon the following reasons:

1. Defendant filed pro se an emergency motion for a Sentence Reduction on April 13, 2020 (ECF No. 526).

2. Assistant Federal Defender Monique Kirtley filed a notice of appearance on April 21, 2020 (ECF No. 527).

3. The Federal Defender filed a motion to withdraw on April 21, 2020 (ECF No. 528), which this Court granted on April 22, 2020 (ECF No. 529).

4. This Court appointed undersigned counsel to represent Mr. Marshall on April 22, 2020 (ECF No. 529).

5. Counsel requested a 14-day extension on April 24, 2020 (ECF No. 530).  This Court granted the extension on April 24, 2020 (ECF No. 531).

6. Counsel spoke to client on May 6, 2020 and confirmed defendant has not received a full health evaluation, which defendant needs to determine if he has diabetes since he is overweight and family history of it.

7. Counsel has not received the most recent medical records dated after May 2019 that defendant requested which are necessary for this supplement.

8. Defendant is incarcerated and does not object to this motion.

9. Counsel for the government does not oppose this motion.

10. This is the second request for extension.

Dated this 6th day of May 2020.

                KATHLEEN BLISS LAW PLLC

                */s/ Kathleen Bliss*_____
                KATHLEEN BLISS, ESQ.
                Nevada Bar No. 7606
                1070 W. Horizon Ridge Pkwy., Suite 202
                Henderson, Nevada 89012

## Certificate of Service

I certify that I am an employee of KATHLEEN BLISS LAW PLLC, and that on this 6th day of May 2020, I did cause a true copy of:

**UNOPPOSED MOTION TO FILE A SUPPLEMENT AND PROPOSED ORDER**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filling system in this action.

> By: /s/Priscilla Horvath
> An employee of
> KATHLEEN BLISS LAW PLLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff;<br><br>vs.<br><br>JABARI L. MARSHALL,<br><br>    Defendant. | CASE NO.:  2:10-CR-00236-GMN-PAL<br><br>**ORDER** |

Based upon the unopposed motion of defendant, and for the good cause, the Court grants defendant's unopposed motion. It is hereby ORDERED that defendant's Motion is GRANTED.

Dated this  14  day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT