KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Jabari L. Marshall*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JABARI L. MARSHALL,<br><br>Defendants. | CASE NO. 2:10-CR-00236-GMN-PAL<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEFENDANT'S REPLY FOR COMPASSIONATE RELEASE**<br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Tony Lopez, Assistant United States Attorney, counsel for the United States, and Kathleen Bliss, Esq., counsel for Defendant Jabari Marshall, that the deadline in which defendant must file his reply brief in support of Compassionate Relief on June 22, 2020, (ECF. No. 539) be extended 7 days to a date on or before June 29, 2020.

The stipulation is entered for the following reasons:

1. The government raised certain issues in its response, timely filed on June 15, 2020, which require consultation with Mr. Marshall for clarification or additional information.

2. Counsel is scheduled to have a call with defendant next week in order to address the issues raised by the government's brief so that Mr. Marshall can reply.

3. Counsel for defendant and counsel for the United States agree to this stipulation.

4. This is the first request for extension of time.

Dated this 17th day of June 2020.

/s/ Tony Lopez                    /s/Kathleen Bliss
Assistant U.S. Attorney           Counsel for Jabari Marshall
Counsel for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00236-GMN-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| JABARI L. MARSHALL, | |
| Defendants. | |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's reply brief for Compassionate Release shall be due on or before June 29, 2020.

Dated this 18 day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT